1   Stephen B. Morris (126192)
2   The Law Offices of Stephen B. Morris
    2305 Historic Decatur Rd., Suite 100
3   San Diego, CA. 92106
    (619) 985-4462
4   Email: *morris@sandiegolegal.com*

5   Attorneys for Plaintiff

6

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**12/04/2020** at 05:02:30 PM
Clerk of the Superior Court
By Chelsea Martinez, Deputy Clerk

7

8                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                      **FOR THE COUNTY OF SAN DIEGO**

10

11

12   WILLIAM D. PETTERSEN, Individually and )   Case No.:   37-2020-00044765-CU-BT-CTL
13   on Behalf of All Others Similarly Situated, )
                                                  )   **CLASS ACTION COMPLAINT FOR:**
14                        Plaintiff,              )
                                                  )   1.  Violation of False Advertising Law,
15   vs.                                          )       Cal. Bus. & Prof. Code §§ 17500, *et*
                                                  )       *seq.*; and
16   CIRCLE K STORES, INC., an Arizona            )   2.  Violation of Unfair Competition Law,
     Corporation, and DOES 1-10                   )       Cal. Bus. & Prof. Code §§ 17200, *et*
17                                                )       *seq.*;
                                                  )
18                        Defendant.             )
                                                  )
19   _____        )

20       Plaintiff William D. Pettersen ("Plaintiff"), by and through his attorneys, individually

21   and on behalf of all others similarly situated, brings this Class Action Complaint

22   ("Complaint") against Defendant CIRCLE K STORES, INC., an Arizona corporation

23

24   (hereinafter referred to as "CIRCLE K" or "Defendant"), and makes the following

25   allegations based upon his own knowledge and upon information and belief as to all other

26   matters, as follows:

27

28

                            CLASS ACTION COMPLAINT - 1

**INTRODUCTION**

1.     This is a class action brought by Plaintiff individually, and on behalf of all other individuals similarly situated, who purchased Marlboro Special Blend cigarettes, and other cigarettes, by the carton, which were marketed, advertised, and sold by Defendant during the four years prior to the filing of this action. (the "Class Period").

2.     CIRCLE K is an international chain of convenience stores, which operates approximately 9,800 stores in North America, together with over 2,500 stores in Europe, and with an additional 2,380 stores operating under franchise agreements worldwide. CIRCLE K is the largest chain of company-owned and operated convenience stores in the United States. CIRCLE K owns and operates stores in San Diego.

3.     The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1-10, inclusive, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes and based thereon alleges that each of the defendants designated herein as a DOE defendant is in some manner responsible for the damages alleged herein.

4.     Plaintiff is informed and believes and thereon alleges that at all times herein mentioned each of the defendants named as a DOE defendant was, and is, the agent, partner, parent corporation, joint venturer, *alter ego*, servant or employee of the other defendants, and that all actions taken by each said person or entity occurred in the scope of said agency, partnership, or other relationship.

5.    CIRCLE K sells cigarettes.  It has sold cigarettes of multiple brands for more than four years.  Cigarettes are sold in either individual packs or in packs of ten (10).  When sold together in packs of ten (10) the item is referred to as a carton of cigarettes.

6.    During the past four years, CIRCLE K has advertised, and continues to advertise, that if a customer purchases two (2) packs of cigarettes, a discount will be applied, typically ranging from $1 to $1.50. Based upon these advertisements, and during the class period, Plaintiff has purchased from CIRCLE K multiple cartons of cigarettes.

7.    Notwithstanding its advertised discount, and throughout the past four years, if a customer presented to a cashier with a carton of cigarettes, as Plaintiff has, no discount was/is applied, unless specifically requested by the customer.

8.    Thus, for example, if a $1.50 discount was/is being offered for the purchase of two (2) packs of cigarettes, the purchase of a carton of cigarettes (10 packs) should yield a discount of $7.50 per carton, but unless specifically requested the discount is not, and has not, been applied.  Plaintiff has purchased cartons of cigarettes and had no discount applied, while a discount was advertised.

9.    Plaintiff brings this class action pursuant to California Code of Civil Procedure section 382 on behalf of himself and all members of the following class (the "Class"):

> All persons who purchased, within the past four years, a carton of cigarettes
> from CIRCLE K and did not receive an advertised discount while a given
> discount program was in effect.

0Excluded from the Class are: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, Defendant's subsidiaries, parents, successors,

predecessors, and any entity in which Defendant has a controlling interest, and its current or former employees, officers, and directors; (3) counsel for Plaintiff and Defendant; and (4) legal representatives, successors, or assigns of any such excluded persons.

10.    The Class is so numerous that joinder of all members is impracticable. Though the exact number and identities of Class members are unknown at this time, based on information and belief, many thousands of persons have purchased pertinent cartons of cigarettes from CIRCLE K within the class period and not received the advertised discount over the statutory period.

11.    Common questions of law and fact exist as to all Class members. These common questions of law or fact predominate over any questions affecting only individual members of the Class. Common questions include, but are not limited to, the following:

(a) Whether Defendant engaged in deceptive and unfair business and trade practices alleged herein;

(b) Whether Defendant failed to apply advertised discounts to cartons of cigarettes sold at its store locations;

(c) Whether Defendant falsely and deceptively misrepresented in its advertisements and promotional materials, and other materials, that the purchase of two packs of cigarettes would result in a discount, when sold by the carton;

(d) Whether the Class has been injured or damaged by virtue of Defendant's unfair and/or deceptive business practices and conduct;

(e) Whether the Class members who purchased cartons of cigarettes from defendant suffered economic harm and, if so, what is the measure of that harm; and

(f) Whether Defendant has been unjustly enriched by both receiving cigarette manufacturer rebates and not giving advertised discounts to customers.

12.    Plaintiff's claims are typical of the claims of the respective Class he seeks to represent, in that the named Plaintiff and all members of the proposed Class have suffered economic harm as a result of the same practices alleged herein. Plaintiff has no interests adverse to the interests of the other members of the Class.

13.    Plaintiff will fairly and adequately protect the interests of the Class, and he has retained attorneys experienced in class actions and complex litigation as counsel.

14.    Plaintiff and other members of the Class have suffered damages and, unless remedied through restitution, CIRCLE K will retain substantial funds received as a result of its wrongdoing. Absent a class action, the members of the Class will not be able to effectively litigate these claims and will suffer further losses, as Defendant will be allowed to continue such conduct with impunity and retain the proceeds of its ill-gotten gains.

15.    Plaintiff avers that the prerequisites for class action treatment apply to this action and that questions of law or fact common to the Class predominate over any questions affecting only individual members and that class action treatment is superior to other available methods for the fair and efficient adjudication of the controversy which is the subject of this action. Plaintiff further states that the interests of judicial economy will be

served by concentrating litigation concerning these claims in this Court, and that the management of the Class will not be difficult.

## FIRST CAUSE OF ACTION

**(Violation of California False Advertising Law,
Cal. Bus. & Prof. Code §§ 17500, et seq., against defendants)**

16.     Plaintiff repeats and realleges each and every allegation contained above, and, incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

17.     Each of the above misleading advertising practices set forth above constitutes untrue or misleading advertising under the California False Advertising Law ("FAL"), California Business & Professions Code section 17500, et seq.

18.     At all material times, Defendant's marketing materials misrepresented or omitted to state that Defendant's promotional discounts were not automatically applied to carton purchases.

19.     Defendant is disseminating, marketing, and advertising, concerning its cigarette sales, which by its nature is unfair, untrue, deceptive, and/or misleading within the meaning of California Business & Professions Code section 17500, *et seq*. Such advertisements are likely to deceive, and in fact have deceived plaintiff and the class.

20.     In making and disseminating the statements alleged herein, CIRCLE K knew or should have known its advertisements were untrue and misleading, or that its representations and incentives have in the past, as well as currently, not been automatically applied to carton sales. Plaintiff and members of the Class based their decisions to purchase

cartons of cigarettes in substantial part on Defendant's misrepresentations and omitted material facts, and they have been injured thereby.

## SECOND CAUSE OF ACTION
### (Violation of California Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, et seq., against all defendants)

21.     Plaintiff repeats and realleges each and every allegation contained above, and, incorporates by reference all other paragraphs of this Complaint as though fully set forth herein.

22.     Defendant has engaged in unfair competition within the meaning of California Business & Professions Code section 17200, et seq., because Defendant's conduct is unlawful, misleading and/or unfair, as herein alleged.

23.     CIRCLE K's business practices are misleading because they were and are likely to deceive consumers into believing that they are obtaining a discount when purchasing cartons of cigarettes, as opposed to individual packages.

24.     Defendant's business practices, and each of them, are unfair because they offend established public policy and/or are immoral, unethical, oppressive, unscrupulous and/or substantially injurious to consumers, which harm greatly outweighs any benefit associated with the business practice, in that Defendant omits to disclose material information about its advertised discounts and, as such, consumers are led to believe that their purchases of cartons of cigarettes will yield the advertised discounts when in fact they do not, absent inquiry from a customer.

25.     Plaintiff has standing to pursue this claim because he has been injured by virtue of suffering a loss of money and/or property as a result of the wrongful conduct alleged herein.

26.     Plaintiff and the Class are entitled to relief, including full restitution and/or disgorgement, to the greatest extent permitted by law, which may have been realized by Defendant as a result of such business acts or practices.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of himself and on behalf of the Class, prays for relief as follows:

A.     For an Order certifying this case as a class action against CIRCLE K and appointing Plaintiff as Representative of the Class;

B.     Awarding monetary and actual damages and/or restitution, as appropriate;

C.     Awarding all costs, including experts' fees and attorneys' fees, expenses and costs of prosecuting this action; and for

D.     Such other and further relief as the Court may deem just and proper.

Dated: December 4, 2020                    The Law Offices of Stephen B. Morris

                                           By: _S. Morris_
                                           Stephen B. Morris,
                                           Attorney for Plaintiff and the putative class

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stephen B. Morris (SBN 126192)<br>The Law Office of Stephen B. Morris<br>2305 Historic Decatur Rd., Suite 100, San Diego, CA 92106<br>TELEPHONE NO.: (619) 930-5467    FAX NO. *(Optional):*<br>ATTORNEY FOR *(Name):* William D. Pettersen | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**12/04/2020** at 05:02:30 PM<br><br>Clerk of the Superior Court<br>By Chelsea Martinez, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, 92101
BRANCH NAME: Hall of Justice

CASE NAME:
Pettersen v. Circle K Stores, Inc. and Does 1 to 10

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [x] **Unlimited**<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] **Limited**<br>(Amount<br>demanded is<br>$25,000) | [ ] Counter   [ ] Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 37-2020-00044765-CU-BT-CTL<br><br>JUDGE:<br>DEPT.:   Judge Kenneth J Medel |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[x] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify):*
5. This case [x] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 12/4/2020

Stephen B. Morris
_____
(TYPE OR PRINT NAME)        ▶    *(signature)*     (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courts.ca.gov* |

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice– Physicians & Surgeons
 Other Professional Health Care Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip and fall)
 Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
 Intentional Infliction of Emotional Distress
 Negligent Infliction of Emotional Distress
 Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
 Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/ Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court Case Matter
 Writ–Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment *(non-domestic relations)*
 Sister State Judgment
 Administrative Agency Award *(not unpaid taxes)*
 Petition/Certification of Entry of Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-harassment)*
 Mechanics Lien
 Other Commercial Complaint Case *(non-tort/non-complex)*
 Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

CM-010 [Rev. July 1, 2007]                    **CIVIL CASE COVER SHEET**                    Page 2 of 2

rivacy, please press the Clear This Form button after y   | Print this form |   | Save this form |   | Clear this form |

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | |
| --- | --- |
| STREET ADDRESS: | 330 W Broadway |
| MAILING ADDRESS: | 330 W Broadway |
| CITY AND ZIP CODE: | San Diego, CA 92101-3827 |
| BRANCH NAME: | Central |
| TELEPHONE NUMBER: | (619) 450-7066 |

| PLAINTIFF(S) / PETITIONER(S): | William D Pettersen Individually and on Behalf of All Others Similarly Situated |
| --- | --- |

| DEFENDANT(S) / RESPONDENT(S): | Circle K Stores Inc |
| --- | --- |

WILLIAM D PETTERSEN INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED VS CIRCLE K STORES INC  [E-FILE]

| NOTICE OF CASE ASSIGNMENT AND CASE MANAGEMENT CONFERENCE on MANDATORY eFILE CASE | CASE NUMBER: 37-2020-00044765-CU-BT-CTL |
| --- | --- |

## CASE ASSIGNED FOR ALL PURPOSES TO:

Judge:   Kenneth J Medel                                             Department: C-66

**COMPLAINT/PETITION FILED:** 12/04/2020

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
| --- | --- | --- | --- | --- |
| Civil Case Management Conference | 08/06/2021 | 08:30 am | C-66 | Kenneth J Medel |

Due to the COVID-19 pandemic, all hearings will be conducted remotely until further notice. Absent an order of the court, personal appearances at the hearing will not be allowed. For information on arranging telephonic or video appearances, contact CourtCall at (888)882-6878, or at www.courtcall.com. Please make arrangements with CourtCall as soon as possible.

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS:  The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time.  General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS:  Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE:  Defendant must generally appear within 30 days of service of the complaint.  (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES:  In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

MANDATORY eFILE: Case assigned to mandatory eFile program per CRC 3.400-3.403 and SDSC Rule 2.4.11. All documents must be eFiled at www.onelegal.com.  Refer to General Order in re procedures regarding electronically imaged court records, electronic filing, and access to electronic court records in civil and probate cases or guidelines and procedures.

COURT REPORTERS: Court reporters are not provided by the Court in Civil cases. See policy regarding normal availability and unavailability of official court reporters at www.sdcourt.ca.gov.

*ALTERNATIVE DISPUTE RESOLUTION (ADR):  THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).

**NOTICE OF CASE ASSIGNMENT**



# Superior Court of California
# County of San Diego

# NOTICE OF ELIGIBILITY TO eFILE
# AND ASSIGNMENT TO IMAGING DEPARTMENT

**This case is eligible for eFiling. Should you prefer to electronically file documents, refer to General Order in re procedures regarding electronically imaged court records, electronic filing, and access to electronic court records in civil and probate cases for rules and procedures or contact the Court's eFiling vendor at www.onelegal.com for information.**

**This case has been assigned to an Imaging Department and original documents attached to pleadings filed with the court will be imaged and destroyed.  Original documents should not be filed with pleadings.  If necessary, they should be lodged with the court under California Rules of Court, rule 3.1302(b).**

On August 1, 2011 the San Diego Superior Court began the Electronic Filing and Imaging Pilot Program ("Program").  As of August 1, 2011 in all new cases assigned to an Imaging Department all filings will be imaged electronically and the electronic version of the document will be the official court file.  The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and on the Internet through the court's website.

You should be aware that the electronic copy of the filed document(s) will be the official court record pursuant to Government Code section 68150.  The paper filing will be imaged and held for 30 days.  After that time it will be destroyed and recycled.  **Thus, you should not attach any original documents to pleadings filed with the San Diego Superior Court. Original documents filed with the court will be imaged and destroyed except those documents specified in California Rules of Court, rule 3.1806.**  Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant or petitioner to serve a copy of this notice with the complaint, cross-complaint or petition on all parties in the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words **"IMAGED FILE"** in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Stephen B. Morris (SBN 126192)<br>The Law Office of Stephen B. Morris<br>2305 Historic Decatur Rd., Suite 100, San Diego, CA 92106<br>TELEPHONE NO.: (619) 930-5467   FAX NO. *(Optional)*:<br>ATTORNEY FOR *(Name)*:  William D. Pettersen | **ELECTRONICALLY FILED**<br>Superior Court of California,<br>County of San Diego<br><br>**12/04/2020** at 05:02:30 PM<br><br>Clerk of the Superior Court<br>By Chelsea Martinez, Deputy Clerk |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS: 330 West Broadway
CITY AND ZIP CODE: San Diego, 92101
BRANCH NAME: Hall of Justice

CASE NAME:
Pettersen v. Circle K Stores, Inc. and Does 1 to 10

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [x] **Unlimited** (Amount demanded exceeds $25,000) | [ ] **Limited** (Amount demanded is $25,000) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | 37-2020-00044765-CU-BT-CTL |
| | | | | JUDGE:<br>DEPT.:  Judge Kenneth J Medel |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [ ] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | **Enforcement of Judgment** |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | [ ] Enforcement of judgment (20) |
| [x] Business tort/unfair business practice (07) | [ ] Other real property (26) | **Miscellaneous Civil Complaint** |
| [ ] Civil rights (08) | **Unlawful Detainer** | [ ] RICO (27) |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Fraud (16) | [ ] Residential (32) | **Miscellaneous Civil Petition** |
| [ ] Intellectual property (19) | [ ] Drugs (38) | [ ] Partnership and corporate governance (21) |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Other petition *(not specified above)* (43) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is   [x] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. [x] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify)*:
5. This case [x] is   [ ] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 12/4/2020

Stephen B. Morris
_____
(TYPE OR PRINT NAME)

▶ *S. Morris*
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courts.ca.gov*

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice– Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late Claim
    Other Civil Petition

orivacy, please press the Clear This Form button after y

[Print this form]  [Save this form]  [Clear this form]

1  Stephen B. Morris (126192)
2  The Law Offices of Stephen B. Morris
   2305 Historic Decatur Rd., Suite 100
3  San Diego, CA. 92106
   (619) 985-4462
4  Email: *morris@sandiegolegal.com*

5  Attorneys for Plaintiff

6

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**12/04/2020** at 05:02:30 PM
Clerk of the Superior Court
By Chelsea Martinez, Deputy Clerk

7

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9             **FOR THE COUNTY OF SAN DIEGO**

10

11

12  WILLIAM D. PETTERSEN, Individually and )   Case No.:  37-2020-00044765-CU-BT-CTL
13  on Behalf of All Others Similarly Situated,  )
                                              )   **CLASS ACTION COMPLAINT FOR:**
14                      Plaintiff,            )
                                              )   1.  Violation of False Advertising Law,
15  vs.                                       )       Cal. Bus. & Prof. Code §§ 17500, *et*
                                              )       *seq.*; and
16  CIRCLE K STORES, INC., an Arizona         )   2.  Violation of Unfair Competition Law,
    Corporation, and DOES 1-10               )       Cal. Bus. & Prof. Code §§ 17200, *et*
17                                            )       *seq.*;
                                              )
18                      Defendant.            )
                                              )
19  _____ )

20      Plaintiff William D. Pettersen ("Plaintiff"), by and through his attorneys, individually

21  and on behalf of all others similarly situated, brings this Class Action Complaint

22  ("Complaint") against Defendant CIRCLE K STORES, INC., an Arizona corporation

23

24  (hereinafter referred to as "CIRCLE K" or "Defendant"), and makes the following

25  allegations based upon his own knowledge and upon information and belief as to all other

26  matters, as follows:

27

28

                         CLASS ACTION COMPLAINT - 1

## **INTRODUCTION**

1.      This is a class action brought by Plaintiff individually, and on behalf of all other individuals similarly situated, who purchased Marlboro Special Blend cigarettes, and other cigarettes, by the carton, which were marketed, advertised, and sold by Defendant during the four years prior to the filing of this action.   (the "Class Period").

2.      CIRCLE K is an international chain of convenience stores, which operates approximately 9,800 stores in North America, together with over 2,500 stores in Europe, and with an additional 2,380 stores operating under franchise agreements worldwide. CIRCLE K is the largest chain of company-owned and operated convenience stores in the United States.  CIRCLE K owns and operates stores in San Diego.

3.      The true names and capacities, whether individual, corporate, associate or otherwise, of defendants DOES 1-10, inclusive, are unknown to Plaintiff, who therefore sues said defendants by such fictitious names.  Plaintiff is informed and believes and based thereon alleges that each of the defendants designated herein as a DOE defendant is in some manner responsible for the damages alleged herein.

4.      Plaintiff is informed and believes and thereon alleges that at all times herein mentioned each of the defendants named as a DOE defendant was, and is, the agent, partner, parent corporation, joint venturer, *alter ego*, servant or employee of the other defendants, and that all actions taken by each said person or entity occurred in the scope of said agency, partnership, or other relationship.

5.      CIRCLE K sells cigarettes.  It has sold cigarettes of multiple brands for more than four years.  Cigarettes are sold in either individual packs or in packs of ten (10).  When sold together in packs of ten (10) the item is referred to as a carton of cigarettes.

6.      During the past four years, CIRCLE K has advertised, and continues to advertise, that if a customer purchases two (2) packs of cigarettes, a discount will be applied, typically ranging from $1 to $1.50. Based upon these advertisements, and during the class period, Plaintiff has purchased from CIRCLE K multiple cartons of cigarettes.

7.      Notwithstanding its advertised discount, and throughout the past four years, if a customer presented to a cashier with a carton of cigarettes, as Plaintiff has, no discount was/is applied, unless specifically requested by the customer.

8.      Thus, for example, if a $1.50 discount was/is being offered for the purchase of two (2) packs of cigarettes, the purchase of a carton of cigarettes (10 packs) should yield a discount of $7.50 per carton, but unless specifically requested the discount is not, and has not, been applied.  Plaintiff has purchased cartons of cigarettes and had no discount applied, while a discount was advertised.

9.      Plaintiff brings this class action pursuant to California Code of Civil Procedure section 382 on behalf of himself and all members of the following class (the "Class"):

> All persons who purchased, within the past four years, a carton of cigarettes from CIRCLE K and did not receive an advertised discount while a given discount program was in effect.

0Excluded from the Class are: (1) any Judge or Magistrate presiding over this action and members of their families; (2) Defendant, Defendant's subsidiaries, parents, successors,

predecessors, and any entity in which Defendant has a controlling interest, and its current or former employees, officers, and directors; (3) counsel for Plaintiff and Defendant; and (4) legal representatives, successors, or assigns of any such excluded persons.

10.    The Class is so numerous that joinder of all members is impracticable. Though the exact number and identities of Class members are unknown at this time, based on information and belief, many thousands of persons have purchased pertinent cartons of cigarettes from CIRCLE K within the class period and not received the advertised discount over the statutory period.

11.    Common questions of law and fact exist as to all Class members. These common questions of law or fact predominate over any questions affecting only individual members of the Class. Common questions include, but are not limited to, the following:

(a) Whether Defendant engaged in deceptive and unfair business and trade practices alleged herein;

(b) Whether Defendant failed to apply advertised discounts to cartons of cigarettes sold at its store locations;

(c) Whether Defendant falsely and deceptively misrepresented in its advertisements and promotional materials, and other materials, that the purchase of two packs of cigarettes would result in a discount, when sold by the carton;

(d) Whether the Class has been injured or damaged by virtue of Defendant's unfair and/or deceptive business practices and conduct;

(e) Whether the Class members who purchased cartons of cigarettes from defendant suffered economic harm and, if so, what is the measure of that harm; and

(f) Whether Defendant has been unjustly enriched by both receiving cigarette manufacturer rebates and not giving advertised discounts to customers.

12. Plaintiff's claims are typical of the claims of the respective Class he seeks to represent, in that the named Plaintiff and all members of the proposed Class have suffered economic harm as a result of the same practices alleged herein. Plaintiff has no interests adverse to the interests of the other members of the Class.

13. Plaintiff will fairly and adequately protect the interests of the Class, and he has retained attorneys experienced in class actions and complex litigation as counsel.

14. Plaintiff and other members of the Class have suffered damages and, unless remedied through restitution, CIRCLE K will retain substantial funds received as a result of its wrongdoing. Absent a class action, the members of the Class will not be able to effectively litigate these claims and will suffer further losses, as Defendant will be allowed to continue such conduct with impunity and retain the proceeds of its ill-gotten gains.

15. Plaintiff avers that the prerequisites for class action treatment apply to this action and that questions of law or fact common to the Class predominate over any questions affecting only individual members and that class action treatment is superior to other available methods for the fair and efficient adjudication of the controversy which is the subject of this action. Plaintiff further states that the interests of judicial economy will be

served by concentrating litigation concerning these claims in this Court, and that the management of the Class will not be difficult.

## FIRST CAUSE OF ACTION

**(Violation of California False Advertising Law,
Cal. Bus. & Prof. Code §§ 17500, et seq., against defendants)**

16.     Plaintiff repeats and realleges each and every allegation contained above, and, incorporates by reference all other paragraphs of this Complaint as if fully set forth herein.

17.     Each of the above misleading advertising practices set forth above constitutes untrue or misleading advertising under the California False Advertising Law ("FAL"), California Business & Professions Code section 17500, et seq.

18.     At all material times, Defendant's marketing materials misrepresented or omitted to state that Defendant's promotional discounts were not automatically applied to carton purchases.

19.     Defendant is disseminating, marketing, and advertising, concerning its cigarette sales, which by its nature is unfair, untrue, deceptive, and/or misleading within the meaning of California Business & Professions Code section 17500, *et seq*. Such advertisements are likely to deceive, and in fact have deceived plaintiff and the class.

20.     In making and disseminating the statements alleged herein, CIRCLE K knew or should have known its advertisements were untrue and misleading, or that its representations and incentives have in the past, as well as currently, not been automatically applied to carton sales. Plaintiff and members of the Class based their decisions to purchase

cartons of cigarettes in substantial part on Defendant's misrepresentations and omitted material facts, and they have been injured thereby.

## SECOND CAUSE OF ACTION
### (Violation of California Unfair Competition Law,
### Cal. Bus. & Prof. Code §§ 17200, et seq., against all defendants)

21.    Plaintiff repeats and realleges each and every allegation contained above, and, incorporates by reference all other paragraphs of this Complaint as though fully set forth herein.

22.    Defendant has engaged in unfair competition within the meaning of California Business & Professions Code section 17200, et seq., because Defendant's conduct is unlawful, misleading and/or unfair, as herein alleged.

23.    CIRCLE K's business practices are misleading because they were and are likely to deceive consumers into believing that they are obtaining a discount when purchasing cartons of cigarettes, as opposed to individual packages.

24.    Defendant's business practices, and each of them, are unfair because they offend established public policy and/or are immoral, unethical, oppressive, unscrupulous and/or substantially injurious to consumers, which harm greatly outweighs any benefit associated with the business practice, in that Defendant omits to disclose material information about its advertised discounts and, as such, consumers are led to believe that their purchases of cartons of cigarettes will yield the advertised discounts when in fact they do not, absent inquiry from a customer.

25.    Plaintiff has standing to pursue this claim because he has been injured by virtue of suffering a loss of money and/or property as a result of the wrongful conduct alleged herein.

26.     Plaintiff and the Class are entitled to relief, including full restitution and/or disgorgement, to the greatest extent permitted by law, which may have been realized by Defendant as a result of such business acts or practices.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of himself and on behalf of the Class, prays for relief as follows:

A.     For an Order certifying this case as a class action against CIRCLE K and appointing Plaintiff as Representative of the Class;

B.     Awarding monetary and actual damages and/or restitution, as appropriate;

C.     Awarding all costs, including experts' fees and attorneys' fees, expenses and costs of prosecuting this action; and for

D.     Such other and further relief as the Court may deem just and proper.

Dated: December 4, 2020                 The Law Offices of Stephen B. Morris

                                        By: _S. Morris_
                                        Stephen B. Morris,
                                        Attorney for Plaintiff and the putative class

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO** | *FOR COURT USE ONLY* |
|---|---|
| ☐ CENTRAL DIVISION, CENTRAL COURTHOUSE, 1100 UNION ST, SAN DIEGO, CA 92101<br>☒ CENTRAL DIVISION, HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101<br>☐ CENTRAL DIVISION, SMALL CLAIMS, 330 W. BROADWAY, SAN DIEGO, CA 92101<br>☐ CENTRAL DIVISION, CIVIL, 330 W. BROADWAY, ROOM 225, SAN DIEGO, CA 92101<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910 | **F I L E D**<br>Clerk of the Superior Court<br><br>DEC 0 8 2020 |
| PLAINTIFF(S)<br>William D Pettersen Individually and on Behalf of All Others Similarly Situated | By: C. Martinez, Deputy |
| DEFENDANT(S)<br>Circle K Stores Inc | |
| **APPLICATION AND ORDER CORRECTING COURT RECORD** | CASE NUMBER<br>37-2020-00044765-CU-BT-CTL |

Upon review of the Register of Actions (ROA) of the above-entitled case, it has been determined that ROA # 3 _____,

Summons Issued Entry _____ was erroneously entered

on 12/8/20 _____.

    ☐ The document was filed in the wrong case and has since been filed in the correct case.

    ☐ The incorrect filing document name was selected in the case management system and has since been

        corrected to accurately reflect the document title.

    ☒ Other: _Summons was not issued. Summons was rejected at case initiation._ _____

    _____.

It is hereby requested that the court make an order striking the erroneous entry from the ROA.

Clerk of the Superior Court

Date: 12/8/20 _____        by, _C. Martinez_ **C. MARTINEZ** , Deputy

---

## ORDER

The ROA entry indicated above is hereby stricken from the ROA.

☐ Other: _____

_____

**IT IS SO ORDERED.**

Date: DEC 0 8 2020 _____        _Kenneth J. Medel_

Judge/Commissioner of the Superior Court

Kenneth J. Medel

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**12/11/2020** at 04:23:00 PM
Clerk of the Superior Court
By Kristin Sorianosos, Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Circle K Stores, Inc., an Arizona Corporation, and DOES 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

William D. Pettersen, Individually and on Behalf of All Others Similarly Situated

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California, County of San Diego
330 West Broadway, San Diego, 92101
Hall of Justice

CASE NUMBER: *(Número del Caso):*
37-2020-00044765-CU-BC-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

DATE:
*(Fecha)* 12/14/2020

Clerk, by
*(Secretario)*  K. Sorianosos , Deputy
*(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.

2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify):* Circle K Stores, Inc.

under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

Print this form   Save this form   Clear this form

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego
**12/11/2020** at 04:23:00 PM
Clerk of the Superior Court
By Kristin Sorianosos,Deputy Clerk

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Circle K Stores, Inc., an Arizona Corporation, and DOES 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

William D. Pettersen, Individually and on Behalf of All Others Similarly Situated

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

   *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of California, County of San Diego
330 West Broadway, San Diego, 92101
Hall of Justice

CASE NUMBER: *(Número del Caso):*
37-2020-00044765-CU-BC-CTL

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

| DATE:<br>*(Fecha)* | 12/14/2020 | Clerk, by<br>*(Secretario)* | *K. Sorianoos*<br>K. Sorianosos | , Deputy<br>*(Adjunto)* |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Circle K Stores, Inc.

   under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**
[Print this form] [Save this form] [Clear this form]

THE LAW OFFICES OF STEPHEN B. MORRIS
2305 HISTORIC DECATUR RD.,  SUITE 100
SAN DIEGO,  CA  92106
619-239-1300
Atty. File No.: 37-2020-00044765

**ELECTRONICALLY FILED**
Superior Court of California,
County of San Diego

**12/28/2020** at 06:55:00 PM
Clerk of the Superior Court
By E- Filing,Deputy Clerk

SUPERIOR COURT OF CA., COUNTY OF SAN DIEGO
CENTRAL DIVISION-HALL OF JUSTICE

PLAINTIFF      : WILLIAM D. PETTERSEN
DEFENDANT    : CIRCLE K STORES, INC.

Case No. 37-2020-00044765-CU-BC-CTL
**PROOF OF SERVICE OF SUMMONS**

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the  SUMMONS; COMPLAINT;

3.   a.  Party Served    :  CIRCLE K STORES, INC., AN ARIZONA CORPORATION
     b.  Person served   :  CYNTHIA ENRIQUEZ, HR MANAGER
                             (H/F/40/5FT7/140LB/RED/BRN)

4.   Address where the party was served: 255 EAST RINCON            STE.119
                             CORONA, CA 92879   (Business)

5.   I served the party
     b.  **by substituted service.**   On December  17,  2020  at 04:35 PM  I left the documents listed in item 2
         with or in the presence of  CYNTHIA ENRIQUEZ, HR MANAGER
         (H/F/40/5FT7/140LB/RED/BRN)
         (1)  **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business
              of the person to be served.  I informed him or her of the general nature of the papers.
         (4)  a **declaration of mailing** is attached.
         (5)  I attach a  **declaration of diligence** stating actions taken first to attempt personal service.

6.   The "Notice to the person served" (on the summons) was completed as follows:
     c.   on behalf of: CIRCLE K STORES, INC., AN ARIZONA CORPORATION
          under  [xx]  CCP 416.10   (corporation)

7.   **Person who served papers**
     a.  NICK SHOWS
     b.  KNOX ATTORNEY SERVICE
         1550 HOTEL CIRCLE NORTH SUITE 440
         SAN DIEGO, CA 92108
     c.  619-233-9700

     d.  Fee For Service :  $ 107.75
     e.  I am
         (3)  a registered California process server
              (i)   an independent contractor
              (ii)  Registration No.: 2834
              (iii) County:  ORANGE, CA

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  December  22,  2020                      Signature:  _____
                                                                        NICK SHOWS

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)                **PROOF OF SERVICE**               Ref. No. :  0766695-01

THE LAW OFFICES OF STEPHEN B. MORRIS
2305 HISTORIC DECATUR RD.,  SUITE 100
SAN DIEGO,  CA  92106
619-239-1300
Atty. File No.:  37-2020-00044765


SUPERIOR COURT OF CA., COUNTY OF SAN DIEGO
CENTRAL DIVISION-HALL OF JUSTICE

| | | |
|---|---|---|
| PLAINTIFF | : WILLIAM D. PETTERSEN | Case No. 37-2020-00044765-CU-BC-CTL |
| DEFENDANT | : CIRCLE K STORES, INC. | **DECLARATION REGARDING DILIGENCE** |

I received the within process on    12/16/20:

SUMMONS; COMPLAINT;

After due and diligent effort I have been unable to effect personal service on the within named party at the following address(es):

Party Served       :  CIRCLE K STORES, INC., AN ARIZONA CORPORATION

Business           :  255 EAST RINCON STE.119
                       CORONA,  CA  92879


Attempts to effect service are as follows:

12/17/20   04:35P     Attempted service-effected substitute service

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date :  December  22, 2020               Signature: _____

                                                      NICK SHOWS

Jud. Coun. form, rule 2.150 CRC          **DECLARATION RE DILIGENCE**          Ref. No. :  0766695-01

THE LAW OFFICES OF STEPHEN B. MORRIS
2305 HISTORIC DECATUR RD.,  SUITE 100
SAN DIEGO,  CA   92106
619-239-1300
Atty. File No.:  37-2020-00044765

SUPERIOR COURT OF CA., COUNTY OF SAN DIEGO
CENTRAL DIVISION-HALL OF JUSTICE JUDICIAL DISTRICT

PLAINTIFF      : WILLIAM D. PETTERSEN                         Case No. :  : 37-2020-00044765-CU-BC-CTL
DEFENDANT    : CIRCLE K STORES, INC.                        **DECLARATION OF MAILING**

RE:    CIRCLE K STORES, INC., AN ARIZONA CORPORATION

I am a citizen of the United States and am employed in the County of SAN DIEGO,  State of California.  I am over the age
of eighteen years and not a party to this action.   My business address is
**1550 HOTEL CIRCLE NORTH SUITE 440,  SAN DIEGO, CA 92108.**

On  December  21,  2020   I mailed the within documents:

        SUMMONS; COMPLAINT;

On the party in said action, by mailing a true copy thereof (by First-class mail,  postage prepaid), enclosed in a sealed
envelope at the mail collection site at my place of employment, addressed to the following:

        CIRCLE K STORES, INC., AN ARIZONA CORPORATION
        255 EAST RINCON            STE.119 CORONA, CA  92879   (Business)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on    December  28,  2020            at  SAN DIEGO,  California.

Signature:    _Andrew L. Balmos_____
                        ANDREA L. BALMOS

**DECLARATION OF MAILING**                                Ref. No. :  0766695-01