GREENBERG TRAURIG, LLP
Tyler R. Andrews (SBN 250686)
andrewst@gtlaw.com
18565 Jamboree Road, Suite 500
Irvine, CA  92612-4410
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Attorneys for Defendant,
CIRCLE K STORES INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM D. PETTERSEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC., an Arizona Corporation, and DOES 1-10,<br><br>Defendant. | Case No. **'21 CV0237 H     BGS**<br><br>**DECLARATION OF JEFF LOHNES IN SUPPORT OF DEFENDANT CIRCLE K STORES INC.'S NOTICE OF REMOVAL**<br><br>Complaint filed:  December 4, 2020 |

1

DECLARATION OF JEFF LOHNES IN SUPPORT OF REMOVAL

ACTIVE 55157579v5

1      I, Jeff Lohnes, declare:

2      1.    I am over 18 years of age.  I am the Head of Global Age Restricted
3 Products for Defendant, CIRCLE K STORES INC. ("Defendant"). The information
4 contained in this Declaration is based upon my personal knowledge and was obtained
5 from multiple sources, including from records kept in the ordinary course of business
6 by Defendant.

7      2.    I provide this Declaration in support of Defendant's Notice of Removal.

8      3.    Defendant operates approximately 10,000 stores in the United States,
9 approximately 5,859 of which are corporate owned.

10      4.    Circle K sells an average of 213,500 individual cartons of Marlboro brand
11 cigarettes per month at its U.S. corporate stores alone.  This equates to over 36
12 Marlboro-brand cartons sold per month for each of Circle K's United States
13 corporate-owned stores.

14

15      I declare under penalty of perjury that the foregoing is true and correct.
16 Executed this 8th day of February, 2021, in Charlotte, North Carolina.

17

18                    /s/    *Jeff Lohnes*

19                    Jeff Lohnes

20

21

22

23

24

25

26

27

28                                    2

DECLARATION OF JEFF LOHNES IN SUPPORT OF REMOVAL