# PROOF OF SERVICE

**STATE OF CALIFORNIA**

**COUNTY OF ORANGE**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **18565 Jamboree Road, Suite 500, Irvine, CA 92612.**

On June 3, 2021, I served **DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**, on the interested party, addressed as follows:

Stephen B. Morris, Esq.                              Attorneys for Plaintiff
THE LAW OFFICES OF STEPHEN B. MORRIS
2305 Historic Decatur Rd., Suite 100
San Diego, CA  92106
Telephone:  619.985.4462
E-Mail:  morris@sandiegolegal.com

The documents were served by the following means:

☒ **(BY CM/ECF)**
Pursuant to CM/ECF System, registration as a CM/ECF user constitutes service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system

☒ **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 3, 2021 at Irvine, California.

_Cynthia Aros_ (signature)
Cynthia Aros