UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William D. PETTERSEN,<br><br>         Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC.,<br><br>         Defendant. | Case No.: 21-cv-00237-H-BGS<br><br>**MINUTE ORDER** |

The parties jointly contacted the Chambers of Judge Skomal on February 16, 2022 seeking the continuance of the deadline to file their Joint Brief as to the dispute regarding Defendant's responses to Plaintiff's Request for Production ("RFP") Nos. 5 and 6, which is due on February 17, 2022. (*See* ECF No. 39.) The parties indicated the dispute regarding Defendant's responses to Plaintiff's RFP Nos. 5 and 6 is likely to be resolved by February 25, 2022.

Accordingly, the parties are to JOINTLY contact chambers on February 25, 2022 at 10:00 AM if this possible dispute is not resolved. Further, if this possible dispute is not resolved, the Joint Brief must be filed on or before Friday, **March 4, 2022** at **4:00 PM**. If the parties do not call on February 25, 2022 at 10:00 AM, the Court will deem the issue resolved and any future disputes regarding Defendant's responses to Plaintiff's RFP Nos. 5 and 6 will be waived.

  **IT IS SO ORDERED**.

Dated: February 16, 2022

                       _/s/ Bernard G. Skomal_
                       Hon. Bernard G. Skomal
                       United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28