UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| William D. PETTERSEN,<br><br>                              Plaintiff,<br><br>v.<br><br>CIRCLE K STORES INC.,<br><br>                              Defendant. | Case No.:  21-cv-00237-RBM-BGS<br><br>**ORDER CONVERTING MANDATORY SETTLEMENT CONFERENCE TO ZOOM VIDEO CONFERENCE** |

The Mandatory Settlement Conference scheduled for January 4, 2023, at 2:00 PM will be held **via Zoom video conference**, in compliance with the instructions below. The requirements set in the Court's Order setting the MSC must still be followed with the exception of appearing via Zoom rather than in-person. Further, the parties may contact Judge Skomal's chambers to request the MSC be held in-person.

**Video Conference Instructions:**

1. The Court will use its official Zoom video conferencing account to hold the MSC. IF YOU ARE UNFAMILIAR WITH ZOOM: Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices

1  through the installation of a free app.[1]  Joining a Zoom conference does not require creating
2  a Zoom account, but it does require downloading the .exe file (if using a computer) or the
3  app (if using a mobile device).  Participants are encouraged to create an account, install
4  Zoom and familiarize themselves with Zoom in advance of the MSC.[2]  There is a cost-free
5  option for creating a Zoom account.

6    2. Prior to the start of the MSC, the Court will email counsel for each party an
7  invitation to join a Zoom video conference that they must provide to participating client(s).
8  The Court will send the invitation to the email addresses listed for counsel in the case
9  docket.  If counsel does not receive an invitation to join the Zoom video conference by the
10 end of the day on **January 3, 2023**, please email chambers at
11 efile_skomal@casd.uscourts.gov.  Again, if possible, participants are encouraged to use
12 laptops or desktop computers for the video conference. Participants shall join the video
13 conference by following the ZoomGov Meeting hyperlink in the invitation.  Participants
14 who do not have Zoom already installed on their device when they click on the ZoomGov
15 Meeting hyperlink will be prompted to download and install Zoom before proceeding.
16 Zoom may then prompt participants to enter the password included in the invitation.[3]  All
17 participants will be placed in a waiting room until the MSC begins.

18   3. Each participant should plan to join the Zoom video conference at least five
19 minutes before the start of the MSC to ensure that it begins promptly at 2:00 PM.  The
20 Zoom e-mail invitation may indicate an earlier start time, but the conference will begin at
21 the Court-scheduled time.

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

[3] A Meeting ID will also be included and may be used along with the password to access the conference if necessary.

1    4. Zoom's functionalities will allow the Court to conduct the conference as it ordinarily would conduct an in-person settlement conference. The Court may divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[4] In a Breakout Room, the Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. All participants shall display the same level of professionalism during the conference and be prepared to devote their full attention to the MSC as if they were attending in person, *i.e.*, cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

**IT IS SO ORDERED.**

Dated: September 14, 2022

_____
Hon. Bernard G. Skomal
United States Magistrate Judge

---

[4] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646